**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

**DYLAN WALSH,**
                **Plaintiff,**

 vs.                                       **CIVIL NO.:  1: 08-CV-611 (DRH)**

**T. FEENEY,**
                **Defendant.**

## M I N U T E   O R D E R

The Court has now stayed the above-entitled action until such time as the plaintiff is able to secure his appearance at trial which shall include the plaintiff's obligation to pay all related production costs <u>in advance to the New York State Department of Correctional Services and/or United States Marshal Service</u>.

The Court having now completed all contemplated proceedings in this matter, and, based upon plaintiff's present inability to appear at trial, the Court finds that there is no further reason to maintain this action on the open docket for statistical purposes,

**IT IS HEREBY ORDERED THAT:**  the Clerk of the Court is instructed to submit a JS-6 (using Statistical Code <u>18</u>) to the Administrative Office of the U.S. Courts.

The parties are advised that nothing contained in this minute order shall be considered a dismissal or disposition of the above-entitled action, and should further proceedings in it become necessary or desirable, any party may reopen the action by advising the Court in writing that the stay may be lifted.

Upon notification to reopen the action, the parties are directed to request a pretrial conference with the Court so that a trial order can be issued.

The Clerk of the Court is directed to serve a copy of this order on all parties to the action.

**IT IS SO ORDERED.**

Dated: January 12, 2011
       Albany, New York

_____
David R. Homer
U.S. Magistrate Judge